# Complaint Ex. A

*STRICTLY CONFIDENTIAL*
*Execution Version*

## SIDE LETTER

Reference is made to the Director Appointment and Nomination Agreement, dated as of April __, 2022 (the "**Agreement**"), by and among the persons and entities listed on Schedule A to the Agreement (collectively, the "**Icahn Group**", and each individually a "**member**" of the Icahn Group) and Bausch + Lomb Corporation (the "**Company**") (capitalized terms used but not defined in this side letter (this "**Side Letter**") shall have the meanings given such terms in the Agreement). In consideration of and reliance upon the mutual covenants and agreements contained in the Agreement and this Side Letter, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1.   **Board Diversity Policy.** The Company and the Icahn Group agree that, notwithstanding the provisions set forth in Sections 1(a)(i) and 1(a)(v) of the Agreement, if the Board Diversity Policy (the "**Policy**") would prevent any Icahn Designee or Replacement Designee from joining the Board, then either (x) the size of the Board will be expanded or (z) the Board will waive the applicable provisions of the Policy, in each case in order to accommodate the seating of such Icahn Designee or Replacement Designee as a director of the Company; provided, however, that, if at the time of designation of any Icahn Designee or Replacement Designee, the full Board (including the two individuals designated by the Icahn Group) would not be in compliance with the Policy, then one of the two individuals designated by the Icahn Group must qualify as "Diverse" in accordance with the terms of the Policy.

2.   **Representations and Warranties of All Parties.** Each of the parties represents and warrants to the other party that: (a) such party has all requisite company power and authority to execute and deliver this Side Letter and to perform its obligations hereunder; (b) this Side Letter has been duly and validly authorized, executed and delivered by it and is a valid and binding obligation of such party, enforceable against such party in accordance with its terms; and (c) this Side Letter will not result in a violation of any terms or conditions of any agreements to which such person is a party or by which such party may otherwise be bound or of any law, rule, license, regulation, judgment, order or decree governing or affecting such party.

3.   **Miscellaneous Provisions.** The provisions of Sections 9, 10, 11, 12, 13, 14, 15, 16, 17 and 18 of the Agreement are incorporated into this Side Letter mutatis mutandis.

[Signature Pages Follow]

Complaint Ex. A 0001

**IN WITNESS WHEREOF**, each of the parties hereto has executed this Side Letter or caused the same to be executed by its duly authorized representative as of the date first above written.

**BAUSCH + LOMB CORPORATION**

By: _____

Name:

Title:

[Signature Page to Side Letter regarding the Director Appointment and Nomination Agreement between Bausch + Lomb Corporation and the Icahn Group]

Complaint Ex. A 0002

**ICAHN GROUP**

CARL C. ICAHN

_____

Carl C. Icahn

ICAHN PARTNERS LP

By:  _____
Name:  Jesse Lynn
Title:    Chief Operating Officer

ICAHN PARTNERS MASTER FUND LP

By:  _____
Name:  Jesse Lynn
Title:    Chief Operating Officer

ICAHN ENTERPRISES G.P. INC.

By:  _____
Name:  Ted Papapostolou
Title:    Chief Financial Officer

[Signature Page to Side Letter regarding the Director Appointment and Nomination Agreement between Bausch + Lomb Corporation and the Icahn Group]

Complaint Ex. A 0003

ICAHN ENTERPRISES HOLDINGS L.P.

By: Icahn Enterprises G.P. Inc., its general partner

By:

Name:  Ted Papapostolou
Title:    Chief Financial Officer

IPH GP LLC

By:

Name:  Jesse Lynn
Title:    Chief Operating Officer

ICAHN CAPITAL LP

By:

Name:  Jesse Lynn
Title:    Chief Operating Officer

ICAHN ONSHORE LP

By:

Name:  Jesse Lynn
Title:    Chief Operating Officer

ICAHN OFFSHORE LP

By:

Name:  Jesse Lynn
Title:    Chief Operating Officer

BECKTON CORP

By:

Name:  Jesse Lynn
Title:    Vice President

[Signature Page to Side Letter regarding the Director Appointment and Nomination Agreement between
Bausch + Lomb Corporation and the Icahn Group]

Complaint Ex. A 0004