# Complaint Ex. B

Personal Portal                                                                                                                    10/16/25, 2:15 PM

## BLCO side letter

**Steven Miller** <SMiller@icahncap.com>
01/09/2023 at 11:26 AM

| | |
|---|---|
| **From:** | **Steven Miller** <SMiller@icahncap.com> |
| **Sent:** | 01/09/2023 at 11:26 AM |
| **To:** | **Brett Icahn** <Blcahn@sfire.com>,   **Jesse Lynn** <JLynn@sfire.com> |
| **Cc:** | |

📎 1 Attachment(s) Total 34.3 KB   View ⌃

📄 B+L SIDE LETTER (00544982).docx (34.3 KB)

Brett / Jesse,

████████████████████████████████████
████████████

████████████████████████████████████                Here's a blurb:

"42 U.S.C. § 1981 prohibits race discrimination in the making and enforcing of contracts. It prohibits racial discrimination against whites as well as nonwhites. *See McDonald v. Santa Fe Trail Transp. Co.,* 427 U.S. 273, 295 (1976) (Section 1981 was intended to "proscribe discrimination in the making or enforcement of contracts against, or in favor of, any race"). In *Runyon v. McCrary, 427 U.S. 160 (1976),* the Supreme Court held that Section 1981 regulated private conduct as well as governmental action." – Third Circuit model jury instructions memo (2020)

████████████████████████████████████
████████████████████████████████

████████████████████████████████████
████████████████████████

Complaint Ex. B 0001

**Steven Miller**

Portfolio Manager

Icahn Capital LP

16690 Collins Avenue, PH

Sunny Isles Beach, FL 33160

T: (305) 422-4103

E: smiller@icahncap.com

Complaint Ex. B 0002