UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| STEVEN D. MILLER, *Plaintiff*, v. BAUSCH HEALTH COMPANIES INC.; BAUSCH + LOMB CORPORATION; THOMAS ROSS; CHRISTINA ACKERMANN; GAOXIANG HU; ICAHN ENTERPRISES L.P.; ICAHN ENTERPRISES G.P. INC.; ICAHN CAPITAL LP; CARL ICAHN; BRETT ICAHN, *Defendants*. | Case No. 1:25-cv-25893-BB |

## NOTICE OF MEDIATOR SELECTION

The Parties[1] advise the Court that they have agreed on the selection of a mediator and are coordinating to select a mediation date and location. Specifically, the mediation conference in this matter will be conducted before Michael A. Hanzman in September 2026. The Parties agree to update this notice and submit a proposed order scheduling mediation when a date certain is confirmed.

Dated: February 18, 2026

/s/ Brandon S. Floch
Brandon S. Floch
Florida Bar No. 125218

Respectfully Submitted,

/s/ Emily Percival
Gene Hamilton (*pro hac vice*)
Emily Percival (Fla. Bar No. 119313)

---

[1] By joining this Joint Notice, Defendant Bausch Health Companies Inc. does not enter a general appearance in this case and does not accede to the personal jurisdiction of the United States District Court for the Southern District of Florida. The above-referenced defendant does not waive, and hereby expressly reserves, all their defenses, including but not limited to lack of personal jurisdiction.

Jeffrey A. Neiman
Florida Bar No. 544469
Christopher D. Joyce
Florida Bar No. 1020006
NEIMAN MAYS FLOCH & ALMEIDA, PLLC
550 S. Andrews Ave, Suite 720
Fort Lauderdale, Florida 33301
Phone: (954) 462-1200
bfloch@nmfalawfirm.com
jneiman@nmfalawfirm.com
cjoyce@nmfalawfirm.com

Jay P. Lefkowitz, P.C. (*pro hac vice*)
Gilad Bendheim (*pro hac vice*)
Joseph Resnick (*pro hac vice*)
Alexander Rabinowitz (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4970
lefkowitz@kirkland.com
gilad.bendheim@kirkland.com
joey.resnick@kirkland.com
alexander.rabinowitz@kirkland.com

*Counsel for Defendants Bausch + Lomb Corporation, Thomas Ross, and Christina Ackermann*

Samuel A. Danon
Florida Bar No. 892671
Hunton Andrews Kurth LLP
333 S.E. 2 Avenue
Suite 2400
Miami, FL 33131
305-810-2500
sdanon@huntonak.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Ann-Elizabeth Ostrager (*pro hac vice*)
William S. Wolfe (*pro hac vice*)
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Will Scolinos (*pro hac vice*)
James Rogers (*pro hac vice*)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
(301) 893-4177
gene.hamilton@aflegal.org
emily.percival@aflegal.org
william.scolinos@aflegal.org
james.rogers@aflegal.org

Jared M. Kelson (*pro hac vice*)
Nicholas A. Cordova (*pro hac vice*)
BOYDEN GRAY PLLC
800 Connecticut Ave NW, Suite 900
Washington DC 20006
(202) 955-0620
jkelson@boydengray.com
ncordova@boydengray.com

*Counsel for Plaintiff*

2

212-558-4000
giuffrar@sullcrom.com
ostragerae@sullcrom.com
wolfew@sullcrom.com

Brandon T. Wallace (*pro hac vice*)
Sullivan & Cromwell LLP
1888 Century Park E
Los Angeles, CA 90067
310-712-6600
wallaceb@sullcrom.com

*Counsel for Defendant Bausch Health Companies Inc.*

Mark A. Levy
Florida Bar No. 121320
BRINKLEY MORGAN
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, Florida 33394
954-522-2200
mark.levy@brinkleymorgan.com

Jonathan R. Streeter (*pro hac vice*)
Nicolle L. Jacoby (*pro hac vice*)
Tanya Warnke (*pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
212-698-3500
jonathan.streeter@dechert.com
nicolle.jacoby@dechert.com
tanya.warnke@dechert.com

*Counsel for Defendants Icahn Enterprises L.P., Icahn Enterprises G.P. Inc., Icahn Capital LP, Carl Icahn, Brett Icahn and Gaoxiang Hu*