# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STEVEN D. MILLER,<br><br>      Plaintiff,<br><br>v.<br><br>BAUSCH HEALTH COMPANIES INC.; BAUSCH + LOMB CORPORATION; THOMAS ROSS; CHRISTINA ACKERMANN; GAOXIANG HU; ICAHN ENTERPRISES L.P.; ICAHN ENTERPRISES G.P. INC.; ICAHN CAPITAL LP; CARL ICAHN; BRETT ICAHN,<br><br>      Defendants. | No. 1:25-CV-25893-Bloom/Elfenbein |

## DECLARATION OF JEREMY LIPSHY

I hereby declare under penalty of perjury that the following is true and correct:

1. I am Jeremy M. Lipshy. Through my position as Senior Vice President, Tax, I am familiar with Bausch Health Companies Inc.'s ("Bausch Health") corporate structure and business activities.

2. Bausch Health is a Canadian publicly traded diversified pharmaceutical company that develops and manufactures a range of products in gastroenterology, hepatology, neurology, dentistry and dermatology as well as aesthetics devices.

3. Bausch Health is incorporated under the provincial laws of British Columbia, Canada and is listed on the New York Stock Exchange and the Toronto Stock Exchange.

4. Bausch Health's headquarters are in Laval, Quebec, Canada.

5. Bausch Health does not maintain any offices, commercial locations, manufacturing locations, or other regular place of business in the state of Florida. Bausch Health does not have

any operations or employees in Florida. Bausch Health does not conduct any regular business in Florida.

6. Bausch Health, then doing business as Valeant Pharmaceuticals International, Inc., acquired Bausch + Lomb in May 2013. On May 10, 2022, Bausch + Lomb completed an initial public offering and became a separate publicly traded company.

7. Bausch Health and Bausch + Lomb are separately operated and have separate officers and Boards of Directors. Bausch Health does not participate in the day-to-day operations of Bausch + Lomb.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: March 6, 2026

Jeremy Lipshy
Senior Vice President, Tax