UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **STEVEN D. MILLER,** | |
| *Plaintiff,* | |
| v. | Case No. 1:25-cv-25893-BLOOM/Elfenbein |
| **BAUSCH HEALTH COMPANIES, INC; BAUSCH + LOMB CORPORATION; THOMAS ROSS; CHRISTINA ACKERMANN; GAOXIANG HU; ICAHN ENTERPRISES, L.P.; ICAHN ENTERPRISES G.P. INC.; ICAHN CAPITAL, LP; CARL ICAHN; BRETT ICAHN,** | |
| *Defendants.* | |

**NOTICE OF PARTIAL VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Steven D. Miller hereby voluntarily dismisses, without prejudice, the following claims: (1) all claims as to Defendant Gaoxiang Hu; and (2) Plaintiff's unjust enrichment claims (Count VII) as to all Defendants.

Dated: June 15, 2026.

*/s/ Emily Percival*
Emily Percival FBN 119313
Gene Hamilton (*pro hac vice*)
Will Scolinos (*pro hac vice*)
James Rogers(*pro hac vice*)
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(301) 893-4177
emily.percival@aflegal.org
william.scolinos@aflegal.org

Respectfully submitted,

Michael L. Francisco (*pro hac vice*)
James Compton (*pro hac vice*)
First & Fourteenth PLLC
800 Connecticut Ave. NW, Suite 300
Washington, DC 20006
(202) 998-1978
michael@first-fourteenth.com
james@first-fourteenth.com

Christopher O. Murray (*pro hac vice*)
First & Fourteenth PLLC
2 N. Cascade Ave. Suite 1430

james.rogers@aflegal.org

Jared M. Kelson (*pro hac vice*)
James R. Wedeking (*pro hac vice*)
Nicholas A. Cordova (*pro hac vice*)
Boyden Gray PLLC
800 Connecticut Ave. NW
Washington, DC 20006
(202) 955-0620
jkelson@boydengray.com
jwedeking@boydengray.com
ncordova@boydengray.com

Colorado Springs, CO 80903
(719) 428-4937
chris@first-fourteenth.com

Lincoln Davis Wilson (*pro hac vice*)
First & Fourteenth PLLC
784 S. Clearwater Loop # 8011
Post Falls, ID 83854
(719) 234-0938
lincoln@first-fourteenth.com

*Counsel for Plaintiff Steven D. Miller*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, the within document was served on all counsel of record in this case.

Dated: June 15, 2026                                    */s/ Emily Percival*
                                                         Emily Percival