**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:25-cv-25893-BLOOM/Elfenbein

**STEVEN D. MILLER**,

*Plaintiff,*

**v.**

**BAUSCH HEALTH COMPANIES, INC.; BAUSCH + LOMB CORPORATION; THOMAS ROSS; CHRISTINA ACKERMANN; GAOXIANG HU; ICAHN ENTERPRISES L.P.; ICAHN ENTERPRISES G.P. INC.; ICAHN CAPITAL LP; CARL ICAHN; and BRETT ICAHN**,

*Defendants.*
_____________________________________/

## JOINT MEDIATION REPORT

Pursuant to this Court's Order Scheduling Mediation (Dkt. No. 70), Plaintiff Steven Miller and Defendants Icahn Enterprises L.P., Icahn Enterprises G.P. Inc., Icahn Capital LP, Carl Icahn, and Brett Icahn (collectively, the Parties) respectfully advise the Court that, on September 9, 2026, the Parties[1] participated in an in-person mediation before the Honorable Michael A. Hanzman. The mediation ended after the Honorable Michael A. Hanzman declared an impasse.

[1] On June 15, 2026, Plaintiff voluntarily dismissed Gaoxiang Hu from this suit. Dkt. No. 104. And on September 4, 2026, this Court dismissed Defendants Bausch Health Companies, Inc., Bausch + Lomb Corporation, Thomas Ross, and Christina Ackermann (collectively, the Bausch Defendants) without prejudice. Dkt. No. 109. Although dismissed from this action, the Bausch Defendants participated in the mediation via video conference in an effort to settle any potential appeal or refiling of the claims against them. While a settlement was not reached at the mediation, Plaintiff and the Bausch Defendants continue to negotiate through Judge Hanzman.

Dated: September 14, 2026

/s/ Venessa Bell
Vanessa Bell (Fla. Bar No. 1011405)
Emily Percival (Fla. Bar No. 119313)
Will Scolinos (*pro hac vice*)
James Rogers (*pro hac vice*)
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
(301) 893-4177
emily.percival@aflegal.org
william.scolinos@aflegal.org
james.rogers@aflegal.org

Michael L. Francisco (*pro hac vice*)
James Compton (*pro hac vice*)
First & Fourteenth PLLC
800 Connecticut Ave. NW, Suite 300
Washington, DC 20006
(202) 998-1978
michael@first-fourteenth.com
james@first-fourteenth.com

Christopher O. Murray (*pro hac vice*)
First & Fourteenth PLLC
2 N. Cascade Ave. Suite 1430
Colorado Springs, CO 80903
(719) 428-4937
chris@first-fourteenth.com

Lincoln Davis Wilson (*pro hac vice*)
First & Fourteenth PLLC
784 S. Clearwater Loop # 8011
Post Falls, ID 83854
(719) 234-0938
lincoln@first-fourteenth.com
Gene Hamilton (*pro hac vice*)

Jared M. Kelson (*pro hac vice*)
Nicholas A. Cordova (*pro hac vice*)
Boyden Gray PLLC
800 Connecticut Ave. NW
Suite 900

Respectfully submitted,

/s/ Mark A. Levy
Mark A. Levy
Florida Bar No. 121320
BRINKLEY MORGAN
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, Florida 33394
Tel: 954-522-2200
mark.levy@brinkleymorgan.com

Jonathan R. Streeter
Nicolle L. Jacoby
Tanya K. Warnke
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: 212-698-3500
jonathan.streeter@dechert.com
nicolle.jacoby@dechert.com
tanya.warnke@dechert.com

*Counsel for Defendants Icahn Enterprises L.P., Icahn Enterprises G.P. Inc., Icahn Capital LP, Carl Icahn, and Brett Icahn*

Washington DC 20006
(202) 955-0620
jkelson@boydengray.com
ncordova@boydengray.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 14, 2026, a true and correct copy of the foregoing was filed and served via CM/ECF upon all counsel of record.

By: */s/ Mark A. Levy*

Mark A. Levy
Florida Bar No. 121320
BRINKLEY MORGAN
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, Florida 33394
Tel: 954-522-2200
mark.levy@brinkleymorgan.com